IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

KERRY EHRHART, on behalf of
Herself and all others
Similarly situated, and
WILLIAM EHRHART, her husband

        Plaintiffs,

vs.

SYNTHES (USA), SYNTHES, A.G.,
and ABC CORPS 1-10

        Defendants.

Case No.2:07cv01237
(SDW-MCA)

## STIPULATION OF DISMISSAL

The parties hereto, Kerry Ehrhart, William Ehrhart and Synthes (USA), through their undersigned counsel, hereby stipulate and agree that the within matter is hereby dismissed with prejudice without costs to either party.

So ORDERED:

_____
Hon. Susan D. Wigenton,

We hereby consent to the terms
of the above Stipulation of Dismissal.

NAGEL RICE, LLP

By: _____
    Bruce H. Nagel, Esq.
    Attorneys for Plaintiffs

SEDGEWICK, DETERT, MORAN & ARNOLD, LLP

By: _____
    Christopher J. Keale, Esq.
    Attorneys for Defendant